UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA,

v.   Cr. No. 3:19-CR-00065-001

MICHAEL EDWIN DORCAS,

    Defendant.
_____/

    The Defendant, Michael Edwin Dorcas, by and through his undersigned counsel, Miranda J. Mills, moves the Court for an order to seal the Document Number 20 filed with this Court on December 9, 2019, due to the sensitive information contained within the document.

    This the 9th day of December, 2019.

    Respectfully Submitted,

/s/ Miranda J. Mills
_____
Miranda J. Mills
N.C. State Bar No. 41547
Roberts Law Group, PLLC
112 South Tryon Street, Suite 720
Charlotte, North Carolina 28202
Telephone: (704) 251-2501
Facsimile: (919) 573-0774
E-mail: Miranda@RobertsLawTeam.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date shown below, she electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>United States Attorney's Office
>Attn: Cortney S. Randall, Assistant United States Attorney
>227 West Trade Street, Suite 1650
>Charlotte, NC 28202
>Telephone: (704) 338-3116
>E-mail: Cortney.Randall@usdoj.gov

This the 9th day of December, 2019.

Respectfully Submitted,

/s/ Miranda J. Mills
_____
Miranda J. Mills
N.C. State Bar No. 41547
Roberts Law Group, PLLC
112 S. Tryon Street, Suite 720
Charlotte, NC 28202
Telephone: (704) 251-2501
Facsimile: (919) 573-0774
E-mail: Miranda@RobertsLawTeam.com